AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   Mag. No. 13-8148 |
| ALEX SCHLEIDER ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Alex Schleider

Date:   05/29/2013

s/Marc Agnifilo
*Attorney's signature*

Marc Agnifilo
*Printed name and bar number*

767 Third Avenue, 26th Floor
New York, N.Y. 10017

*Address*

magnifilo@braflaw.com
*E-mail address*

(212) 750-7800
*Telephone number*

(212) 750-3906
*FAX number*