UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
UNITED STATES OF AMERICA

    against

ALEX SCHLEIDER

    Defendant.
-------------------------------------------------X

Honorable Madeline Cox Arleo

Mag. No. 13-8148-02 (MCA)

ORDER

With the consent of the United States (AUSAs Gurbir Grewal and Zach Intrater, appearing), and for good cause shown, IT IS HEREBY ORDERED

(1) that the release conditions be modified such that the condition of home incarceration be removed; and

(2) that in place of home incarceration, defendant shall be subject to a curfew between 8 PM and 7 AM.

Dated:   May 30, 2013

_____
Madeline Cox Arleo
U.S. Magistrate Judge